IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN M. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0364 |
| | ) | Judge Trauger |
| BURLINGTON COAT FACTORY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 10, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that claims against the individual defendants be dismissed and that process issue as to defendant Burlington Coat Factory. (Docket No. 6) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the claims against the individual defendants, Valerie Bradsfield, John Petty, John Barc, and Ron Gooch, are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that process shall issue against defendant Burlington Coat Factory.

This case shall be returned to the Magistrate Judge for further handling under the original referral Order (Docket No. 5).

It is so **ORDERED.**

Enter this 5th day of July 2005.

_____
ALETA A. TRAUGER
U.S. District Judge