IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN M. CLARK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0364 |
| ) | Judge Trauger |
| BURLINGTON COAT FACTORY, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

### **O R D E R**

On March 2, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 25) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 30th day of March 2006.

ALETA A. TRAUGER
U.S. District Judge