IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN M. CLARK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0364 |
| | ) | Judge Trauger |
| BURLINGTON COAT FACTORY, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On June 9, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the plaintiff's Motion to Re-open His Case (Docket No. 31) be denied. (Docket No. 34) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion to Re-open His Case (Docket No. 31) is **DENIED**.

It is so **ORDERED.**

Enter this 17th day of July 2006.

ALETA A. TRAUGER
U.S. District Judge